UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LLOYD GEORGE MORGAN, JR., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT S. SEMPLE, et al., ) <br> Defendants. ) <br> ) <br> ) | CIVIL ACTION NO. <br> 3:16-cv-00225 (VAB) <br> <br> <br> <br> <br> NOVEMBER 30, 2018 |

**MOTION FOR RELIEF FROM APPOINTMENT OR,
ALTERNATIVELY, TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Rules 83.10(g) and 7(e) of the Local Rules of Civil Procedure for the District of Connecticut, Attorney Richard M. Dighello, Jr. of Updike, Kelly & Spellacy, P.C. respectfully moves this Court for relief from appointment or, alternatively, to withdraw his appearance as counsel for plaintiff Lloyd George Morgan, Jr. ("Plaintiff") in this matter. D. Conn. L. Civ. R. 83.10(g) and 7(e).

This Court appointed the undersigned as Plaintiff's counsel on November 21, 2018 (Doc. No. 76) in accordance with Local Rule of Civil Procedure 83.10. I have not filed an appearance in this matter due to an irreconcilable conflict of interest as my law firm currently represents the State of Connecticut and, in particular, the University of Connecticut and its Health Center.

Not only are several of the defendants employed by the State of Connecticut Department of Correction, but two other defendants, Elizabeth Coursen and Gina Higgins, are employed by the University of Connecticut Health Center. "[T]he University of Connecticut is . . . an 'arm' of the State of Connecticut. . . ." Banerjee v. Roberts, 641 F. Supp. 1093, 1098 (D. Conn. 1986). As employees of the State of Connecticut, the various defendants are likely entitled to indemnification from the State of Connecticut pursuant to Conn. Gen. Stat. §5-141d and are,

1

1997919

according to the docket for this case, being provided a defense by the Office of the Attorney General of the State of Connecticut, presumably pursuant to that statute. See C.G.S.A.§ 5-141d.

Consequently, a client of my law firm would bear a loss in the event the Plaintiff obtains money damages against any or all of the defendants. Pursuant to Rules 6.2(1) and 1.7(a)(1) and (a)(2) of the Connecticut Rules of Professional Conduct, therefore, I cannot represent the Plaintiff in this matter given my firm's representation of the State of Connecticut, which specifically includes the University of Connecticut Health Center.[1] The representation of Plaintiff would constitute a current conflict of interest as the representation will be either directly adverse to another client, may be materially limited by my firm's responsibilities to another client or may be adverse to the firm's own interest. Furthermore, I do not believe that representation of the Plaintiff would fall within an exception to Rule 1.7.

In accordance with Local Rule 7(e), I have spoken by telephone with the Plaintiff, explained the existence of the conflict, and told him that I would be moving to withdraw from the appointment. He expressed a desire that the Court appoint another pro bono counsel in the event that the Motion to Withdraw was granted. I have also mailed a copy of this motion to the Plaintiff to provide notice to him that I am moving to withdraw as his counsel and that his failure to either engage successor counsel or file a personal appearance may result in the granting of the motion to withdraw and in a dismissal or default being entered against him. My withdrawal will not delay these proceedings.

---

[1] Rule 6.2(1) provides that "A lawyer shall not seek to avoid an appointment by a tribunal to represent a person except for good cause, such as: (1) Representing the client is likely to result in violation of the Rules of Professional Conduct or other law. Rule 1.7(a) states that "Except as provided in subsection (b), a lawyer shall not represent a client if the representation involves a concurrent conflict of interest. A concurrent conflict of interest exists if: (1) the representation of one client will be directly adverse to another client; or (2) there is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer." See Conn. Rules Of Prof'l Conduct R. 6.2 (2019) and Conn. Rules Of Prof'l Conduct R. 1.7 (2019).

WHEREFORE, Richard M. Dighello, Jr. respectfully requests that this Court grant his Motion for Relief from Appointment or, Alternatively, to Withdraw Appearance of Counsel for the Plaintiff, Lloyd George Morgan, Jr.

Dated at Hartford, Connecticut, this 30th day of November, 2018.

By: /s/ RICHARD M. DIGHELLO, JR., ESQ.<br>
RICHARD M. DIGHELLO, JR., ESQ.<br>
Bar No.: ct17521<br>
Updike, Kelly & Spellacy, P.C.<br>
100 Pearl Street, 17th Floor<br>
P.O. Box 231277<br>
Hartford, Connecticut 06123-1277<br>
Telephone: (860) 548-2600<br>
Facsimile: (860) 548-2680<br>
Email: rdighello@uks.com

1997919

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LLOYD GEORGE MORGAN, JR. )<br>　　Plaintiff　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>SCOTT S. SEMPLE, et al.　　　　 )<br>　　Defendant　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )　 | CIVIL ACTION<br><br>CASE NO. 3:16-cv-00225 (VAB)<br><br><br>NOVEMBER 30, 2018 |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on November 30, 2018, a copy of Attorney Dighello's **MOTION FOR RELIEF FROM APPOINTMENT OR, ALTERNATIVELY, TO WITHDRAW APPEARANCE AS COUNSEL** was electronically filed. Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings. The undersigned will cause to be sent, via U.S. Mail, first-class, postage prepaid on this 30th day of November, 2018, a copy of the foregoing to all counsel and pro-se parties that do not have access to the Court's electronic filing system and as listed on the Notice of Electronic Filings and as listed below. Parties may access this filing through the court's CM/ECF case management system.

Lloyd George Morgan, Jr.
183 Wethersfield Ave. Apt. # B-6
Hartford, CT 06114

Seth A. Hollander
Assistant Attorney General
10 Franklin Square
New Britain, CT 06151

1

Dated at Hartford, Connecticut this 30th day of November, 2018

By: /s/ RICHARD M. DIGHELLO, JR., ESQ.

2

1997919