# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LLOYD GEORGE MORGAN, JR. | : CIVIL NO. 3:16-CV-00225-VAB |
| *Plaintiff*, | : |
| | : |
| V. | : |
| | : |
| SCOTT SEMPLE, *et al.*, | : |
| *Defendants.* | : JANUARY 25, 2020 |

## SUPPLEMENTAL MOTION TO INCUR LITIGATION-RELATED EXPENSES

Pursuant to Local Rule 83.10(k) and (l), the undersigned respectfully seeks reimbursement of expenses related to the retaining of an expert witness to perform a psychiatric evaluation of Plaintiff and expenses related to the deposition of Defendant, Dr. Elizabeth Coursen ("Dr. Coursen"). Recently, the parties reached an agreement in principle to resolve this matter, subject to final agreement with respect to release documents. Counsel for Mr. Morgan would appreciate the Court's consideration of reimbursement for the above-referenced fees.

On or about November 19, 2019, the undersigned filed a Motion to Incur Expenses related to the retaining of an expert witness to perform a psychiatric evaluation of Plaintiff. *See* ECF # 122. Psychiatric evaluation of Plaintiff was necessary because Plaintiff's mental health condition and related damages constituted critical elements of the claims raised in this matter. Thereafter, counsel secured the services of the Yale School of Medicine-Department of Psychiatry ("Yale") to examine Plaintiff and conduct a psychiatric evaluation and psychological testing. The examination was completed and an expert opinion

and evaluation issued. The total cost incurred for both the psychiatric evaluation and psychological testing is $5,000. A copy of Yale's invoice is attached as **Exhibit A**.

On March 11, 2020, the undersigned filed a Motion to Incur Expenses related to the deposition of Defendant, Dr. Elizabeth Coursen ("Dr. Coursen"). *See* ECF # 142. The undersigned was able to obtain a discounted rate from Brandon Legal Tech—a court reporter—to record Dr. Coursen's deposition testimony. Brandon Legal Tech agreed to charge $2.00 per page for the transcript of Dr. Coursen's deposition and $50.00 to attend the deposition. (This is a 50% discount from Brandon's standard rates.) The total cost of the deposition at the discounted rate was $388.18. A copy of the Brandon Legal Tech's invoice is attached as **Exhibit B**.

The undersigned respectfully requests that his firm be reimbursed for the expenses related to Plaintiff's psychological evaluation and the deposition of Dr. Coursen. The services of Yale and the deposition of Dr. Coursen were necessary for the development of Plaintiff's claims in this matter.

WHEREFORE, based on the foregoing, the undersigned, on behalf of the Plaintiff, requests reimbursement of expenses related to Plaintiff's psychiatric evaluation and for the deposition of Dr. Elizabeth Coursen.

        Respectfully Submitted,

        PLAINTIFF,
        LLYOD GEORGE MORGAN, JR.

  BY:   /s/*Richard M. Dighello*
        Richard M. Dighello, Esq.
        Federal Bar No. ct17521
        UPDIKE, KELLY & SPELLACY, P.C.
        100 Pearl Street, P.O. Box 231277
        Hartford, CT 06123-1277
        Telephone: 860-548-2600
        Facsimile: 860-548-2680
        Email: rdighello@uks.com

**CERTIFICATION**

I hereby certify that on this date, January 25, 2021 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      /s/*Richard M. Dighello*
Richard M. Dighello, Esq.

# EXHIBIT A

INVOICE



| Date | Invoice Number |
|---|---|
| August 25, 2020 | CI-00105180 |

| Payment Terms | Due Date |
|---|---|
| Upon Receipt | August 25, 2020 |

| Contact: | Bill To: |
|---|---|
| McGee, Shane Robert | SANTOS, ANTHONY |
|  | UPDIKE KELLY & SPELLACY P.C. |
| shane.mcgee@yale.edu | 100 PEARL ST 17TH FLOOR |
| CC1487 MEDPSY Psych Divisions-CMHC | HARTFORD, CT 06103 |
|  | United States of America |

Page  1  of  1

| Purchase Order Number | Header Memo | From Date | To Date | Customer ID |
|---|---|---|---|---|
|  | Psychiatric Evaluation | December 20, 2019 | March 20, 2020 | C-001633 |

| Quantity | Sales Item | Item Description | Price Each | Amount |
|---|---|---|---|---|
| 0 |  | Psychiatric Evaluation | 0.00 | 5,000.00 |

**Please detach bottom portion and return with your payment in the enclosed envelope**



| | |
|---|---|
| *Net Amount Due* | 5,000.00 |
| *Tax* | 0.00 |
| **AMOUNT DUE:** | USD 5,000.00 |

**To pay your invoice via ACH/EFT**

Account Name:    Yale University AR
Bank Name:        Bank of America
ABA Number:      011900571
Account Number: 0050296726
Invoice Number:  CI-00105180

To pay by credit card, or for courier delivery address, please call 203-737-5727.

**Please include the invoice number and mail check to:**

Yale University Treasury Services
P.O. Box. 208087
New Haven, CT 06520-8087

⑊I⑊00 105 180   08 25 20 20   000000 500000

# EXHIBIT B

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9221 | 5/29/2020 | 6181 |
| Job Date | Case No. | |
| 3/13/2020 | 3:16-CV-00225-VAB | |
| Case Name | | |
| Lloyd George Morgan, Jr. v. Scott Semple, et al | | |
| Payment Terms | | |
| Net 30 | | |

Richard M. Dighello, Esq  
Updike, Kelly & Spellacy, P.C.  
100 Pearl Street  
17th Floor  
Hartford, CT  06103

ORIGINAL TRANSCRIPT OF:
    Dr. Elizabeth Coursen      150.00  Pages   @   2.00   300.00
        Appearance Fee        50.00   50.00
        Shipping        15.00   15.00
        SALES TAX        23.18

**TOTAL DUE  >>>**    **$388.18**

Pro Bono discount applied

Make a payment online at www.brandonLT.com

**Tax ID:** 83-2096335

*Please detach bottom portion and return with payment.*

Richard M. Dighello, Esq  
Updike, Kelly & Spellacy, P.C.  
100 Pearl Street  
17th Floor  
Hartford, CT  06103

Job No.     : 6181              BU ID     : 1-MAIN
Case No.    : 3:16-CV-00225-VAB
Case Name   : Lloyd George Morgan, Jr. v. Scott Semple, et al

Invoice No. : 9221              Invoice Date   : 5/29/2020
**Total Due**   : **$388.18**

Remit To: **Brandon Legal Tech, LLC**  
          **37 Pinnacle Mountain Road**  
          **Simsbury, CT  06070**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:  
Card Number:  
Exp. Date:              Phone#:  
Billing Address:  
Zip:              Card Security Code:  
Amount to Charge:  
Cardholder's Signature:  
Email: